**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| NATHAN JOHNSON, ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 19-9569 CAS |
| v. | |
| STONEYHILL SECURITY ASSOCIATION | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

November 13, 2019
Date

*Christina A. Snyder* (signature)
United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge    Ronald S.W. Lew    for all further proceedings. On all documents subsequently filed in this case, please substitute the initials    RSWL    after the case number in place of the initials of the prior judge so that the case number will read   2:19-cv-09569 RSWL-ASx  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (03/19)                    ORDER RETURNING CASE FOR REASSIGNMENT