Leonard Siegel, Esq. (SBN 64603)
lsiegel@kgswlaw.com
Mitchell S. Brachman, Esq. (SBN 130023)
mbrachman@kgswlaw.com
**KULIK GOTTESMAN SIEGEL & WARE LLP**
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Telephone:  (310) 557-9200/(818) 817-3600
Facsimile:   (310) 557-0224
Attorneys for Defendant

Charles Menzies, Esq. (SBN 198223)
ctm@menziescompany.com
**TRACTION LAW GROUP**
414 Bailey Street
Mars Hill, NC 28754
Tel: (828) 319-0520
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN JOHNSON, an individual; SHARI EDWARDS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> STONEYHILL SECURITY ASSOCIATION, a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-09569-RSWL-ASx <br><br> **Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)** <br><br> Complaint served: December 23, 2019 <br> Current response date: January 13, 2020 <br> New response date: January 28, 2020 |

{00414319}

**STIPULATION TO EXTEND TIME**

## **STIPULATION**

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 8-3, by and between Plaintiffs NATHAN JOHNSON and SHARI EDWARDS, and Defendant STONEYHILL SECURITY ASSOCIATION, through their undersigned counsel, that Defendant may have a fifteen (15) day extension of time, up to and including January 28, 2020, to file an answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action. No prior extension has been requested by Defendant.

Dated:  January 13, 2020          TRACTION LAW GROUP

                                  By:     /s/ Charles Menzies *
                                          Charles Menzies, Esq.
                                          Attorneys for Plaintiffs


Dated:  January 13, 2020          KULIK GOTTESMAN SIEGEL & WARE LLP

                                  By:     /s/ Leonard Siegel
                                          Leonard Siegel, Esq.
                                          Mitchell S. Brachman, Esq.
                                          Attorneys for Defendant


*       Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

{00414319}

**STIPULATION TO EXTEND TIME**

## PROOF OF SERVICE

I, Camila Bersani, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18, and am not a party to the within action.  My business address is 15303 Ventura Boulevard, Suite 1400, Sherman Oaks, California 91403.

On January 13, 2020, I served the foregoing document described as **Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days** on all interested parties by enclosing a true and correct copy thereof in an envelope which was then sealed and addressed as follows:

Charles Menzies, Esq.
TRACTION LAW GROUP
414 Bailey Street
Mars Hill, NC 28754
ctm@menziescompany.com
Tel: (828) 319-0520
***Attorney for Plaintiff, Nathan Johnson and Shari Edwards***

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on January 13, 2020, at Sherman Oaks, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

 Camila Bersani                                  /s/ Camila Bersani

Type or print name                           Signature