1 | Charles Menzies, Esq. (SBN 198223)
ctm@menziescompany.com
TRACTION LAW GROUP
414 Bailey Street
Mars Hill, NC 28754
Tel: (828) 319-0520
*Attorneys for Plaintiff*

Leonard Siegel, Esq. (SBN 64603)
lsiegel@kgswlaw.com
Mitchell S. Brachman, Esq. (SBN 130023)
mbrachman@kgswlaw.com
KULIK GOTTESMAN SIEGEL & WARE LLP
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Telephone: (310) 557-9200/(818) 817-3600
Facsimile: (310) 557-0224
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SHARI EDWARDS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STONEYHILL SECURITY ASSOCIATION, a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-09569-RSWL-AS <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: November 30, 2020     TRACTION LAW GROUP

By   */s/ Charles Menzies*
Charles Menzies
Attorneys for Plaintiff

DATED: November 30, 2020     KULIK GOTTESMAN SIEGEL & WARE LLP

By   */s/ Leonard Siegel*
Leonard Siegel, Esq.
Mitchell S. Brachman, Esq.
Attorneys for Defendant

I, Charles Menzies, certify pursuant to Local Rule 5-4.3.4(a)(2)(i) that the content of this Stipulation of Dismissal is acceptable to all parties signing this stipulation and that all parties have authorized the filing.

DATED: November 30, 2020     TRACTION LAW GROUP

By   */s/ Charles Menzies*
Charles Menzies
Attorneys for Plaintiff